# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 2:12-cr-103-MEF |
| | ) | (WO) |
| WALTER HENRY VANDERGRIFT, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Government has filed a Motion to Amend/Correct the Indictment. (Doc. # 4.) The motion asks for permission to correct the original indictment, which incorrectly listed the case as arising in the Middle District's Southern Division when, in fact, it arose in the Northern Division. Typically a federal court cannot allow the Government to amend an indictment "except by resubmission to the grand jury." *Russell v. United States*, 369 U.S. 749, 770 (1962). But an exception exists for when "the change is merely a matter of form." *Id.* Here, because the Indictment's incorrect listing of the division in the caption amounts to nothing more than a minor clerical error, it falls within *Russell*'s "merely a matter of form" exception. Accordingly, the Court hereby ORDERS that the Government's motion (Doc. # 4) is GRANTED. The Clerk of Court is hereby directed to docket this case in the Northern Division of the Middle District of Alabama and to show the same on the docket sheet of this case.

Done this the 19th day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE